IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARY CHARLTON and JEFFREY CHARLTON, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:10-cv-56-O |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | § § § § | |
| Defendants. | § § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case to grant Plaintiff's Attorney's Motion for Attorneys' Fees Under 42 U.S.C. § 406(b) (ECF No. 33). No objections were filed. The District Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings and Conclusions of the Magistrate Judge as the findings and conclusions of the Court.

Accordingly, it is **ORDERED** that Defendant Michael J. Astrue pay Plaintiff's Attorney attorneys' fees of $10,000.

**SO ORDERED** on this **14th day** of **December, 2011.**

_Reed O'Connor_
**Reed O'Connor**
**UNITED STATES DISTRICT JUDGE**